AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELL, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, et

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

STOCKTON AUTO GLASS,
a California corporation.

TO:

STOCKTON AUTO GLASS
a California Corporation
TED BREGMAN, Agent for Service of Process
7736 HEATHER DRIVE
STOCKTON, CALIFORNIA 95207

**JSW**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

PHILIP M. MILLER
KRISTEN McCULLOCH
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
Telephone: 415-882-7900
Facsimile: 415-882-9287

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

_____        _____
CLERK                                  DATE

MARY ANN BUCKLEY

_____
(BY) DEPUTY CLERK