1  PHILIP M. MILLER (SBN 87877)
   KRISTEN McCULLOCH (SBN 177558)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   pmiller@sjlawcorp.com
5  kmcculloch@sjlawcorp.com

6  Attorney for Plaintiffs

7

8              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  AUTOMOTIVE INDUSTRIES PENSION          Case No.: CV 08 1755 JSW
    TRUST FUND, JAMES H. BENO, Trustee,
11  BILL BRUNELLI,, Trustee, STEPHEN J.    **PROOF OF SERVICE OF**
    MACK, Trustee, CHRIS CHRISTOPHERSEN,   **COMPLAINT**
12  Trustee, DON CROSATTO, Trustee, CRAIG
    ANDREWS Trustee, GEORGE HALL, JR.,
13  Trustee, CHARLES J. DI BARI, Trustee, RON
    NELSON, Trustee, and JAMES V.
14  CANTERBURY, Trustee,

15              Plaintiffs,
    v.
16
    STOCKTON AUTO GLASS, INC.,
17
                Defendant.
18

19      I, the undersigned, declare:

20      I am employed in the County of San Francisco, State of California.  I am over the age of

21  eighteen and not a party to this action.  My business address is 120 Howard Street, Suite 520, San

22  Francisco, California 94105.

23      On April 2, 2008, I served a copy of the following document(s) on the parties to this

24  action, addressed as follows, in the manner described below:

25              **COMPLAINT (Case No. CV 08 1755 JSW)**

26      AUTOMOTIVE INDUSTRIES PENSION TRUST FUND,
        JAMES H. BENO, Trustee, BILL BRUNELLI,, Trustee,
27      STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN,
        Trustee, DON CROSATTO, Trustee, CRAIG ANDREWS Trustee,
28      GEORGE HALL, JR., Trustee, CHARLES J. DI BARI, Trustee,

P:\CLIENTS\AUTPF\W\CASES\Stockton Auto Glass\Pleadings\Complaint POS on PBGC.DOC

                              **PROOF OF SERVICE OF COMPLAINT**
                                   **CASE NO. CV 08 1755 JSW**

1    RON NELSON, Trustee, and JAMES V. CANTERBURY,
     Trustee, Plaintiffs, v. STOCKTON AUTO GLASS, INC.,
2    Defendant.

3    ☑    **(CERTIFIED) MAIL (RETURN RECEIPT REQUESTED) (Receipt # 7006 2760
          0004 2808 6763),** being familiar with the practice of this office for the collection and the
4    processing of correspondence for mailing with the United States Postal Service, and
     deposited in the United States Mail copies of the same to the business addresses set forth
5    below, in a sealed envelope fully prepared.

6    ☐    **FACSIMILE** be causing said document(s) to be transmitted by Facsimile machine to the
          number indicated after the address(es) set forth below.
7
     ☐    **UPS** for delivery the following business day by placing same for collection by UPS to the
8    business addresses set forth below.

9    ☐    **PERSONAL DELIVERY** by placing said document(s) in a sealed envelope and causing
          it to be personally delivered to the address(es) set forth below.
10
     ☐    **ELECTRONICALLY** by causing said document(s) to be transmitted by Email to the
11   address(es) set forth below.

12   *Addressed to:*
          **Office of the General Counsel**
13        **Pension Benefit Guaranty Corporation**
          **1200 K Street, N.W.**
14        **Washington, D.C. 20005-4026**

15   I declare under penalty of perjury that the foregoing is true and correct and that this

16   declaration was executed on this April 2, 2008, at San Francisco, California.

17                                                    _____
                                                               Maria Sam
18

19

20

21

22

23

24

25

26

27

28
     P:\CLIENTS\AUTPF\W\CASES\Stockton Auto Glass\Pleadings\Complaint POS on PBGC.DOC

                                                   **PROOF OF SERVICE OF COMPLAINT**
                                                   **CASE NO. CV 08 1755 JSW**