PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
kmcculloch@sjlawcorp.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, CRAIG ANDREWS Trustee, GEORGE HALL, JR., Trustee, CHARLES J. DI BARI, Trustee, RON NELSON, Trustee, and JAMES V. CANTERBURY, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>STOCKTON AUTO GLASS, INC.,<br><br>Defendant. | Case No.: CV 08-01755 JSW<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE |

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition.

Date: April 2, 2008

_/s/ Kristen McCulloch_
SALTZMAN & JOHNSON LAW CORPORATION
By:    KRISTEN McCULLOCH