PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
kmcculloch@sjlawcorp.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI,, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, CRAIG ANDREWS Trustee, GEORGE HALL, JR., Trustee, CHARLES J. DI BARI, Trustee, RON NELSON, Trustee, and JAMES V. CANTERBURY, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>STOCKTON AUTO GLASS, INC.,<br><br>Defendant. | Case No.:   CV 08-01755 JSW<br><br>PROOF OF SERVICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT; AND FORM: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT |

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 8, 2008, I served a copy of the following document(s) on the parties to this action, addressed as follows, in the manner described below:

**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT; AND FORM:  CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

| | | |
|---|---|---|
|1| ☑ | **MAIL** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared. |
|2| | |
|3| | |
|4| ☐ | **FACSIMILE** by causing said document(s) to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below. |
|5| ☐ | **UPS** for delivery the following business day by placing same for collection by UPS to the business addresses set forth below. |
|6| | |
|7| ☐ | **PERSONAL DELIVERY** by placing said document(s) in a sealed envelope and causing it to be personally delivered to the address(es) set forth below. |
|8| ☐ | **ELECTRONICALLY** by causing said document(s) to be transmitted by Email to the address(es) set forth below. |

*Addressed to:*

TED BREGMAN
AGENT FOR SERVICE OF PROCESS
STOCKTON AUTO GLASS, a California Corporation
7736 HEATHER DRIVE
STOCKTON, CA 95207

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this April 8, 2008, at San Francisco, California.

_____
Julie Jellen