1 | PHILIP M. MILLER (SBN 87877)
  | KRISTEN McCULLOCH (SBN 177558)
2 | SALTZMAN & JOHNSON LAW CORPORATION
  | 120 Howard Street, Suite 520
3 | San Francisco, CA 94105
  | (415) 882-7900
4 | (415) 882-9287 – Facsimile
  | pmiller@sjlawcorp.com
5 | kmcculloch@sjlawcorp.com

6 | Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI,, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, CRAIG ANDREWS Trustee, GEORGE HALL, JR., Trustee, CHARLES J. DI BARI, Trustee, RON NELSON, Trustee, and JAMES V. CANTERBURY, Trustee,

    Plaintiffs,

v.

STOCKTON AUTO GLASS, INC.,

    Defendant.

Case No.: CV 08-01755 JSW

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT, ETC.**

/ /

/ /

/ /

/ /

/ /

/ /

/ /

- 1 -

| ATTORNEY NAME<br>Philip M. Miller (SBN 87877)<br>Kristen McCulloch (SBN 177558)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105 | TELEPHONE NO.<br>(415) 882-7900 |
|---|---|
| ATTORNEY FOR  PLAINTIFFS | |
| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | |
| SHORT NAME OF CASE<br>Automotive Industries Pension Tust Fund, et al. V.<br>Stockton Auto Glass, a California Corporation | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08-1755 JSW |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the:
Summons; Complaint; Proof of Service of Complaint on Pension Benefit Guaranty Corporation; Plaintiffs' Declination to Proceed Before a Magistrate Judge; Order Setting Initial Case Management Conference and ADR Deadlines; Civil Standing Orders – Judge Jeffrey S White; Standing Order for all Judges of the Northern District of California; Contents of Joint Case Management Statement; Welcome to the US District Court, San Francisco; Notice of Availability of Magistrate Judge; Consent to Proceed Before a United States Magistrate Judge;  ECF Registration Information Handout; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process and Certification; Stipulation and [Proposed Order] Selecting ADR Process; Notice of Need for ADR Phone Conference; ADR Certification by Parties and Council; Dispute Resolution Procedures in the Northern District of California.

### Name: Stockton Auto Glass

**Date of Delivery:** 4/8/08
**Time of Delivery:** 2:06 pm

**Place of Service:**   7736 Heather Drive
Stockton, CA 95207

**Manner of Service:** Personal Service – by handing documents to Ted Bregman, Agent for Service for Stockton Auto Glass.

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 9th, 2008  in San Francisco California.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 821-1000

Signature: _____
Name: Paul Holt
Title: RPS, San Francisco #727

### PROOF OF SERVICE