1  PHILIP M. MILLER (SBN 87877)
   KRISTEN McCULLOCH (SBN 177558)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   pmiller@sjlawcorp.com
5  kmcculloch@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         (SAN FRANCISCO DIVISION)

11  AUTOMOTIVE INDUSTRIES PENSION
    TRUST FUND, JAMES H. BENO, Trustee,
12  BILL BRUNELLI,, Trustee, STEPHEN J.          Case No.:  CV 08-01755 JSW
    MACK, Trustee, CHRIS CHRISTOPHERSEN,
13  Trustee, DON CROSATTO, Trustee, CRAIG
    ANDREWS Trustee, GEORGE HALL, JR.,           CERTIFICATION OF INTERESTED
14  Trustee, CHARLES J. DI BARI, Trustee, RON    ENTITIES OR PERSONS PURSUANT
    NELSON, Trustee, and JAMES V.                TO CIVIL LOCAL RULE 3-16
15  CANTERBURY, Trustee,

16                 Plaintiffs,

17  v.

18  STOCKTON AUTO GLASS, INC.,

19                 Defendant.

20  TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

21        Pursuant to Civil L.R. 3-16, the undersigned certifies that the participants of the

22  Automotive Industries Pension Plan, too numerous to list, may have a financial interest in the

23  subject matter in controversy.

24

25

26  Dated: April 17, 2008            _Philip M Mill_____
                                     SALTZMAN & JOHNSON LAW CORPORATION
27                                   By:  PHILIP M. MILLER
                                     Attorneys for Plaintiffs
28

                                     - 1 -      CERTIFICATION OF INTERESTED ENTITIES OR
                                                PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16
P:\CLIENTS\AUTPF\W\CASES\Stockton Auto Glass\Pleadings\Certification Int Parties.doc      Case No.:  C 08-1755 JSW

1                            **PROOF OF SERVICE**

2   I, the undersigned, declare:

3         I am employed in the County of San Francisco, State of California.  I am over the age of

4   eighteen and not a party to this action.  My business address is 120 Howard Street, Suite 520, San

5   Francisco, California 94105.

6         On April $\mathcal{21}$ , 2008, I served a copy of the following document(s) on the parties to this

7   action, addressed as follows, in the manner described below:

8                  **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
                    **PURSUANT TO CIVIL LOCAL RULE 3-16**

9

10  ☑     **MAIL** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed

11        envelope fully prepared.

12  ☐     **FACSIMILE** by causing said document(s) to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

13

14  ☐     **UPS** for delivery the following business day by placing same for collection by UPS to the business addresses set forth below.

15  ☐     **PERSONAL DELIVERY** by placing said document(s) in a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

16

17  ☐     **ELECTRONICALLY** by causing said document(s) to be transmitted by Email to the address(es) set forth below.

18   *Addressed to:*

19

20                        **TED BREGMAN**
            **AGENT FOR SERVICE OF PROCESS**

21       **STOCKTON AUTO GLASS, a California Corporation**
                 **7736 HEATHER DRIVE**

22                **STOCKTON, CA  95207**

23         I declare under penalty of perjury that the foregoing is true and correct and that this

24   declaration was executed on this $\mathcal{21st}$ day of April, 2008, at San Francisco, California.

25

26                                 _____

27                              Julie Jellen

28

                                    **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**
                                              Case No.:  C 08-1755 JSW

P:\CLIENTS\AUTPF\W\CASES\Stockton Auto Glass\Pleadings\Certification Int Parties.doc