1  NANCY L. OBER, Bar No. 49683
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street
3  20th Floor
   San Francisco, CA 94108.2693
4  Telephone:  415.433.1940
   Facsimile:  415.399.8490
5  Email:      nlober@littler.com

6  Attorneys for Defendant
   STOCKTON AUTO GLASS, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 AUTOMOTIVE INDUSTRIES PENSION         Case No. CV 08-1755 JSW
   TRUST FUND, JAMES H. BENO,
12 Trustee, BILL BRUNELLI, Trustee,      STIPULATION ENLARGING TIME TO
   STEPHEN J. MACK, Trustee, DON         RESPOND TO COMPLAINT
13 CROSATTO, Trustee, CRAIG
   ANDREWS, Trustee, GEORGE HALL,        [L.R. 6-1(a)]
14 JR., Trustee, CHARLES J. DI BARI,
   Trustee, RON NELSON, Trustee, and
15 JAMES V. CANTERBURY, Trustee,

16          Plaintiffs,

17     v.

18 STOCKTON AUTO GLASS, INC.,

19          Defendant.

20

21     Plaintiffs AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al., and

22 Defendant STOCKTON AUTO GLASS, through their respective counsel, hereby agree and stipulate

23 that Defendant shall have a 60-day extension of time, to and including June 27, 2008, in which to

24 answer or otherwise respond to the Complaint on file herein.

STIPULATION ENLARGING TIME TO         Case No. CV 08-1755 JSW
RESPOND TO COMPLAINT

1 Dated: April 22, 2008

NANCY L. OBER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
STOCKTON AUTO GLASS, INC.

6 Dated: April 22, 2008

PHILIP M. MILLER
SALTZMAN AND JOHNSON
Attorneys for Plaintiffs
AUTOMOTIVE INDUSTRIES PENSION
TRUST FUND, et al.

Firmwide:85003828.1 049867.1000
STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT — 2. — Case No. CV 08-1755 JSW
LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940