1  PHILIP M. MILLER (SBN 87877)
   KRISTEN McCULLOCH (SBN 177558)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   pmiller@sjlawcorp.com
5  kmcculloch@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    (SAN FRANCISCO DIVISION)

11 AUTOMOTIVE INDUSTRIES PENSION
   TRUST FUND, JAMES H. BENO, Trustee,
12 BILL BRUNELLI,, Trustee, STEPHEN J.        Case No.:  CV 08-01755 JSW
   MACK, Trustee, CHRIS CHRISTOPHERSEN,
13 Trustee, DON CROSATTO, Trustee, CRAIG
   ANDREWS Trustee, GEORGE HALL, JR.,         NOTICE OF CHANGE OF ADDRESS
14 Trustee, CHARLES J. DI BARI, Trustee, RON
   NELSON, Trustee, and JAMES V.
15 CANTERBURY, Trustee,

16            Plaintiffs,
   v.
17
   STOCKTON AUTO GLASS, INC.,
18
              Defendant.
19
          **PLEASE TAKE NOTICE** that effective May 5, 2008, the law firm of Saltzman &
20
   Johnson Law Corporation will relocate its office.  **Effective May 5, 2008, c**opies of all pleadings,
21
   notices and other papers should be sent to:
22
                    **Saltzman & Johnson Law Corporation**
23                       **44 Montgomery Street, Suite 2110**
                         **San Francisco, California   94104**
24                           **Telephone:  415-882-7900**
                             **Facsimile:  415-882-9287**
25

26      Please note that the telephone and facsimile numbers have not changed.

27 Dated:  April 23, 2008                    _____/S/_____
                                             SALTZMAN & JOHNSON LAW CORPORATION
28                                           By:  PHILIP M. MILLER
                                             Attorneys for Plaintiffs

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 23, 2008, I served a copy of the following document(s) on the parties to this action, addressed as follows, in the manner described below:

**NOTICE OF CHANGE OF ADDRESS**

☑ **MAIL** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

**TED BREGMAN**
**AGENT FOR SERVICE OF PROCESS**
**STOCKTON AUTO GLASS, a California Corporation**
**7736 HEATHER DRIVE**
**STOCKTON, CA   95207**

**NANCY L. OBER, ESQ.**
**LITTLER MENDELSON**
**650 CALIFORNIA STREET, 20TH FLOOR**
**SAN FRANCISCO, CA   94108-2693**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 23rd day of April, 2008, at San Francisco, California.

_____/S/_____

Julie Jellen

_____
_____