1  NANCY L. OBER, Bar No. 49683
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street
3  20th Floor
   San Francisco, CA 94108.2693
4  Telephone:   415.433.1940
   Facsimile:   415.399.8490
5  Email:       nlober@littler.com

6  Attorneys for Defendant
   STOCKTON AUTO GLASS, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, DON CROSATTO, Trustee, CRAIG ANDREWS, Trustee, GEORGE HALL, JR., Trustee, CHARLES J. DI BARI, Trustee, RON NELSON, Trustee, and JAMES V. CANTERBURY, Trustee, | Case No. CV 08-1755 JSW

**DECLARATION IN SUPPORT OF STIPULATION AND PROPOSED ORDER FOR EXTENSION OF DEADLINES AND/OR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE**

[L.R. 6-2]

Plaintiffs,

v.

STOCKTON AUTO GLASS, INC.,

Defendant.

I, Nancy L. Ober, declare and state:

1.  I am counsel for Defendant STOCKTON AUTO GLASS in this action and make this declaration in support of the parties' Stipulation for Extension of Deadlines and/or Continuance of the Case Management Conference submitted herewith.

2.  Pursuant to a previous stipulation of the parties under L.R. 6-1(a), the time within which Defendant may answer or otherwise respond to the Complaint on file herein was extended for 60 days, to and including June 27, 2008.

3.  There have been no other time modifications in this action, whether by

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION ISO STIPULATION AND [PROPOSED] ORDER FOR EXTENSION

Case No. CV 08-1755 JSW

1  stipulation or Court order.

2      4.    Pursuant to the Court's Order dated April 8, 2008, a Case Management
3  Conference is currently set for July 25, 2008 at 1:30 p.m.

4      5.    The parties have reached a settlement of the matters that are the subject of this
5  action, and are in the process of preparing a formal written settlement agreement.

6      6.    Pursuant to discussions with Plaintiffs' counsel, I believe that the parties will
7  be able to conclude the settlement within the next 30 days.

8      7.    We are requesting that the Court approve an extension of the time within
9  which Defendant may answer or otherwise respond to Complaint to and including July 28, 2008, and
10 the resetting of the Case Management Conference to August 29, 2008 at 1:30 p.m.

11     8.    I do not believe that this short extension will have any effect on the schedule
12 for the case, which has not yet been set.

13 I declare under penalty of perjury that the foregoing is true and correct.
14 Executed this 27th day of June at San Francisco, California.

16 NANCY L. OBER

Firmwide:85701848.1 049867.1000

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

DECLARATION ISO STIPULATION AND
[PROPOSED] ORDER FOR EXTENSION

2.