1  NANCY L. OBER, Bar No. 49683
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street
3  20th Floor
   San Francisco, CA 94108.2693
4  Telephone:  415.433.1940
   Facsimile:  415.399.8490
5  Email:      nlober@littler.com

6  Attorneys for Defendant
   STOCKTON AUTO GLASS, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 AUTOMOTIVE INDUSTRIES PENSION         Case No. CV 08-1755 JSW
   TRUST FUND, JAMES H. BENO,
12 Trustee, BILL BRUNELLI, Trustee,      STIPULATION AND [PROPOSED]
   STEPHEN J. MACK, Trustee, DON         ORDER FOR EXTENSION OF
13 CROSATTO, Trustee, CRAIG              DEADLINES AND/OR CONTINUANCE
   ANDREWS, Trustee, GEORGE HALL,        OF THE CASE MANAGEMENT
14 JR., Trustee, CHARLES J. DI BARI,     CONFERENCE
   Trustee, RON NELSON, Trustee, and
15 JAMES V. CANTERBURY, Trustee,         [L.R. 6-1(b), 6-2]

16              Plaintiffs,

17       v.

18 STOCKTON AUTO GLASS, INC.,

19              Defendant.

20

21       Plaintiffs AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, *et al.,* and

22 Defendant STOCKTON AUTO GLASS, through their respective counsel, hereby stipulate and agree

23 as follows:

24       1.   Pursuant to a previous stipulation of the parties under L.R. 6-1(a), the time

25 within which Defendant may answer or otherwise respond to the Complaint on file herein was

26 extended for 60 days, to and including June 27, 2008.

27       2.   There have been no other time modifications in this action, whether by

28 stipulation or Court order.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION, DECLARATION AND
[PROPOSED] ORDER FOR EXTENSION                    Case No. CV 08-1755 JSW

3. Pursuant to the Court's Order dated April 8, 2008, a Case Management Conference is currently set for July 25, 2008 at 1:30 p.m.

4. The parties have reached a settlement of the matters that are the subject of this action, and are in the process of preparing a formal written settlement agreement.

5. The parties anticipate that they will be able to conclude the settlement within the next 30 days.

6. The parties stipulate to and request that the Court approve an extension of the time within which Defendant may answer or otherwise respond to Complaint to and including July 28, 2008, and the resetting of the Case Management Conference to August 29, 2008 at 1:30 p.m.

7. The parties agree that this short extension of the foregoing dates should have no effect on the schedule for the case, as no other deadlines have been set.

8. Pursuant to L.R. 6-2, this Stipulation is supported by the accompanying Declaration of Nancy L. Ober.

Dated: June 27, 2008

_____
NANCY L. OBER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
STOCKTON AUTO GLASS, INC.

Dated: June 27, 2008

_____
PHILIP M. MILLER
SALTZMAN AND JOHNSON
Attorneys for Plaintiffs
AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION, DECLARATION AND [PROPOSED] ORDER FOR EXTENSION

2.

# ORDER

Good cause appearing, IT IS SO ORDERED. Defendant shall have an extension to July 28, 2008 to respond to the Complaint. The Case Management Conference set for July 25, 2008 is continued to August 29, 2008 at 1:30 p.m.

Dated: ~~June ___, 2008.~~

July 1, 2008

_____
UNITED STATES DISTRICT JUDGE

Firmwide:85678961.1 049867.1000

STIPULATION, DECLARATION AND [~~PROPOSED~~] ORDER FOR EXTENSION

3.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940