PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California 94104
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
kmcculloch@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI,, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, CRAIG ANDREWS Trustee, GEORGE HALL, JR., Trustee, CHARLES J. DI BARI, Trustee, RON NELSON, Trustee, and JAMES V. CANTERBURY, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>STOCKTON AUTO GLASS, INC.,<br><br>Defendant. | Case No.:   CV 08-01755 JSW<br><br>**REQUEST FOR STIPULATED DISMISSAL WITH PREJUDICE** |

The parties herein stipulate to and request the dismissal of this action with prejudice as to Defendant STOCKTON AUTO GLASS, INC.

Date: July 18, 2008                                                SALTZMAN & JOHNSON LAW CORPORATION


                                                                              By: _/s/ Philip M. Miller_____
                                                                                     Philip M. Miller,
                                                                                     Attorney for Plaintiffs

///

///

---
1                                                                                                                    REQUEST FOR STIPULATED DISMISSAL

1 | Date: July 18, 2008                           LITTLER MENDELSON
2 |
3 |
4 |                                               By: _____
                                                  Nancy L. Ober,
5 |                                               Attorney for Defendant
6 | **IT IS SO ORDERED**:
7 | Date: _____ __, 2008
8 |                                               _____
                                                  The Honorable JEFFREY S. WHITE,
                                                  UNITED STATES DISTRICT COURT JUDGE
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On July 24, 2008, I served a copy of the following document(s) on the parties to this action, addressed as follows, in the manner described below:

**REQUEST FOR STIPULATED DISMISSAL WITH PREJUDICE**

☑ **MAIL** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

**NANCY L. OBER, ESQ.**
**LITTLER MENDELSON**
**650 CALIFORNIA STREET, 20TH FLOOR**
**SAN FRANCISCO, CA 94108-2693**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 24th day of July, 2008, at San Francisco, California.

_____
Julie Jellen