PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California 94104
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
kmcculloch@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI,, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, CRAIG ANDREWS Trustee, GEORGE HALL, JR., Trustee, CHARLES J. DI BARI, Trustee, RON NELSON, Trustee, and JAMES V. CANTERBURY, Trustee,<br><br>    Plaintiffs,<br><br>v.<br><br>STOCKTON AUTO GLASS, INC.,<br><br>    Defendant. | Case No.:   CV 08-01755 JSW<br><br>**REQUEST FOR STIPULATED DISMISSAL WITH PREJUDICE** |

The parties herein stipulate to and request the dismissal of this action with prejudice as to Defendant STOCKTON AUTO GLASS, INC.

Date: July 18, 2008        SALTZMAN & JOHNSON LAW CORPORATION

By: /s/ Philip M Miller
Philip M. Miller,
Attorney for Plaintiffs

///

///

1  Date: July 18, 2008                         LITTLER MENDELSON

2

3                                              By: _____
4                                                  Nancy L. Ober,
                                                   Attorney for Defendant
5     The Clerk is directed to close the file.

6  **IT IS SO ORDERED**:

7  Date: _July 24_____ __, 2008              _____
                                               The Honorable JEFFREY S. WHITE,
8                                              UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28