PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California 94104
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
kmcculloch@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI,, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, CRAIG ANDREWS Trustee, GEORGE HALL, JR., Trustee, CHARLES J. DI BARI, Trustee, RON NELSON, Trustee, and JAMES V. CANTERBURY, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>STOCKTON AUTO GLASS, INC.,<br><br>Defendant. | Case No.:   CV 08-01755 JSW<br><br>**REQUEST FOR STIPULATED DISMISSAL WITH PREJUDICE** |

The parties herein stipulate to and request the dismissal of this action with prejudice as to Defendant STOCKTON AUTO GLASS, INC.

Date: July 18, 2008                     SALTZMAN & JOHNSON LAW CORPORATION

                                        By: /s/ Philip M Miller
                                        Philip M. Miller,
                                        Attorney for Plaintiffs

///

///

---

1                                                                   REQUEST FOR STIPULATED DISMISSAL
P:\CLIENTS\AUTPF\W\CASES\Stockton Auto Glass\Pleadings\STIPULATED DISMISSAL 071808.DOC        Case No.: C 08-1755 JSW

| | | |
|---|---|---|
| 1 | Date: July 18, 2008 | LITTLER MENDELSON |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Nancy L. Ober, |
| 5 | The Clerk is directed to close the file. | Attorney for Defendant |
| 6 | **IT IS SO ORDERED**: | |
| 7 | Date: July 24, 2008 | _____ |
| 8 | | The Honorable JEFFREY S. WHITE, UNITED STATES DISTRICT COURT JUDGE |